1 | GARRY M. TETALMAN, State Bar No. 204189
garry@tetalmanlaw.com
2 | THE LAW OFFICE OF GARRY M. TETALMAN
15 W. Carrillo Street, Suite 218
3 | Santa Barbara, California 93101
Telephone: (805) 879-7518
4 | Facsimile: (805) 456-0561

5 | LAUREN J. UDDEN, State Bar No. 83118
ludden@sbclawoffices.com
6 | THE LAW OFFICE OF LAUREN J. UDDEN
15 W. Carrillo Street, Suite 209
7 | Santa Barbara, California 93101
Telephone: (805) 879-7544
8 | Facsimile: (805) 560-0506

9 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALBERTO CACERES, an individual; CYNTHIA STRAYER, an individual; MELIDA NOVOA, an individual; LAURIE COX, an individual; ALLISON CARROLL, an individual; ELIAH LEFFERTS, an individual; TONY DUNN, an individual; for themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GMRI, INC., a Florida corporation, doing business in California as RED LOBSTER, and DOES 1 through 52, inclusive,<br><br>Defendants. | Case No. CV08-06840 CAS (AGRx)<br><br>**STIPULATION RE CHANGE IN CLASS CERTIFICATION MOTION BRIEFING SCHEDULE**<br><br>Trial Date: April 6, 2010<br>Pre-TrialConferenceDate:March 1, 2010<br><br>**Judge: Christina A. Snyder**<br>**Courtroom No.: 5** |

1  The parties to this action, through their respective counsel of record, stipulate and agree that the briefing schedule for Plaintiffs' Motion For Class Certification be changed, such that said Motion can be filed and served no later than September 15, 2009, with a hearing date of November 16, 2009, with the defendants having until October 12, 2009 to file and serve their Opposition, and the Plaintiffs having until October 26, 2009 to file and serve their Reply papers, by reason of the following facts:

    1.    At the time of the Scheduling Conference held on January 26, 2009, the parties proposed, and this court accepted, a briefing schedule for Plaintiffs' Motion For Class Certification which had a deadline of July 10, 2009 for the filing of the motion, a hearing date of August 10, 2009, and an Opposition filing date of July 31, 2009. The parties proposed those dates based on the information available at that time as to the amount of time they felt would be needed for the parties to obtain and exchange the necessary information and conduct the necessary discovery to be able to follow that briefing schedule. Since the Scheduling Conference, the parties have sent out written discovery and continued to meet and confer regarding an appropriate Protective Order for the exchange of certain information, including the names and addresses of potential class members.

    2.    The parties have now reached an agreement on a proposed Protective Order and are submitting that to the court for approval;

    3.    What will now need to be done next is as follows:

        a.    an opt-out notice will have to be agreed upon, prepared and sent to the putative class members prior to the release to plaintiffs' counsel of class contact information;

        b.    the services of a claim administrator will have to be employed to send the opt-out letter, along with a business reply mail postcard, to the proposed class and allow 30 days for any potential class member to opt out of any further contact from Plaintiffs'

counsel;

c. the names and contact information will be provided at the end of this process in response to Plaintiffs' written discovery requests.

4. Based on the amount of time that the above process will take, along with the time it will take to conduct pre-certification discovery in this matter, the parties believe that the new schedule they propose herein is necessary in order to provide all parties with sufficient time to develop the necessary information they will need to file the necessary papers in support of and in opposition to the motion for class certification.

5. No change is being requested for the pre-trial conference date of March 1, 2010 or the trial date of April 6, 2010.

Respectfully submitted:

DATED: March 12, 2009            LAW OFFICE OF LAUREN J. UDDEN


By: _____/s/ Lauren J. Udden_____
Lauren John Udden, Esq.
Attorneys for Plaintiffs


DATED: March 12, 2009            LAW OFFICE OF GARRY M. TETALMAN


By: _____/s/ Garry M. Tetalman_____
Garry M. Tetalman
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: <u>March 30, 2009</u> | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By: <u>         /s/ Beth A. Gunn         </u>
Beth A. Gunn
Attorneys for Defendant
GMRI, INC.