JACK S. SHOLKOFF, State Bar No. 145097
jack.sholkoff@ogletreedeakins.com
BETH A. GUNN, State Bar No. 218889
beth.gunn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendant, GMRI, Inc.

GARRY M. TETALMAN, State Bar No. 204189
garry@tetalmanlaw.com
THE LAW OFFICE OF GARRY M. TETALMAN
15 W. Carrillo Street, Suite 218
Santa Barbara, California 93101
Telephone: (805) 879-7518
Facsimile: (805) 456-0561

LAUREN J. UDDEN, State Bar No. 83118
ludden@sbclawoffices.com
THE LAW OFFICE OF LAUREN J. UDDEN
15 W. Carrillo Street, Suite 209
Santa Barbara, California 93101
Telephone: (805) 879-7544
Facsimile: (805) 560-0506

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESUS ALBERTO CACERES, an individual; CYNTHIA STRAYER, an individual; MELIDA NOVOA, an individual; LAURIE COX, an individual; ALLISON CARROLL, an individual; ELIAH LEFFERTS, an individual; TONY DUNN, an individual; for themselves, and on behalf of all others similarly situated,

Plaintiffs,

v.

GMRI, INC., a Florida corporation, doing business in California as RED LOBSTER, and DOES 1 through 52, inclusive,

Defendants.

Case No. CV08-06840 CAS (AGRx)

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Jesus Alberto Caceres, Cynthia Strayer, Melida Novoa, Laurie Cox, Allison Carroll, Eliah Lefferts, and Tony Dunn (collectively "Plaintiffs"), and the defendant, GMRI, Inc., (Plaintiffs and GMRI, Inc. shall be referred to collectively herein as the "Parties") by and through their counsel, stipulate and agree that this case be dismissed in its entirety.

The Parties, by and through their counsel, further stipulate and agree that the Plaintiffs' individual claims be dismissed with prejudice.

The Parties, by and through their counsel, further stipulate and agree that the claims of the putative class be dismissed without prejudice.

The Parties, by and through their counsel, further stipulate and agree that each party shall bear costs and attorneys' fees pursuant to the written agreement of the Parties.

DATED: May 28, 2009

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: ______________________
Jack S. Sholkoff
Attorneys for Defendant
GMRI, INC.

DATED: May __, 2009

GMRI, INC.

By: ______________________
Dawn Rodda

[Signatures Continue]

AR CAC
stipulation of

DATED: May 30, 2009

THE LAW OFFICE OF GARRY M. TETALMAN

By: ______________________
Garry M. Tetalman
Attorneys for Plaintiffs

DATED: May 30, 2009

THE LAW OFFICE OF LAUREN J. UDDEN

By: ______________________
Lauren J. Udden
Attorneys for Plaintiffs

DATED: May __, 2009

JESUS ALBERTO CACERES

By: ______________________
Jesus Alberto Caceres

DATED: May __, 2009

CYNTHIA STRAYER

By: ______________________
Cynthia Strayer

DATED: May __, 2009

MELIDA NOVOA

By: ______________________
Melida Novoa

DATED: May __, 2009

LAURIE COX

By: ______________________
Laurie Cox

[Signatures Continue]

DATED: May __, 2009

THE LAW OFFICE OF GARRY M. TETALMAN

By: ______________________________
Garry M. Tetalman
Attorneys for Plaintiffs

DATED: May __, 2009

THE LAW OFFICE OF LAUREN J. UDDEN

By: ______________________________
Lauren J. Udden
Attorneys for Plaintiffs

DATED: May 26, 2009

JESUS ALBERTO CACERES

By: ______________________________
Jesus Alberto Caceres

DATED: May __, 2009

CYNTHIA STRAYER

By: ______________________________
Cynthia Strayer

DATED: May __, 2009

MELIDA NOVOA

By: ______________________________
Melida Novoa

DATED: May __, 2009

LAURIE COX

By: ______________________________
Laurie Cox

[Signatures Continue]

DATED: May __, 2009

THE LAW OFFICE OF GARRY M. TETALMAN

By: ______________________
Garry M. Tetalman
Attorneys for Plaintiffs

DATED: May __, 2009

THE LAW OFFICE OF LAUREN J. UDDEN

By: ______________________
Lauren J. Udden
Attorneys for Plaintiffs

DATED: May __, 2009

JESUS ALBERTO CACERES

By: ______________________
Jesus Alberto Caceres

DATED: May 28, 2009

CYNTHIA STRAYER

By: [signature]
Cynthia Strayer

DATED: May __, 2009

MELIDA NOVOA

By: ______________________
Melida Novoa

DATED: May __, 2009

LAURIE COX

By: ______________________
Laurie Cox

[Signatures Continue]

DATED: May __, 2009

THE LAW OFFICE OF GARRY M. TETALMAN

By: ______________________________
Garry M. Tetalman
Attorneys for Plaintiffs

DATED: May __, 2009

THE LAW OFFICE OF LAUREN J. UDDEN

By: ______________________________
Lauren J. Udden
Attorneys for Plaintiffs

DATED: May __, 2009

JESUS ALBERTO CACERES

By: ______________________________
Jesus Alberto Caceres

DATED: May __, 2009

CYNTHIA STRAYER

By: ______________________________
Cynthia Strayer

DATED: May __, 2009

MELIDA NOVOA

By: ______________________________
Melida Novoa

DATED: May __, 2009

LAURIE COX

By: ______________________________
Laurie Cox

[Signatures Continue]

DATED: May __, 2009

THE LAW OFFICE OF GARRY M. TETALMAN

By: ______________________
Garry M. Tetalman
Attorneys for Plaintiffs

DATED: May __, 2009

THE LAW OFFICE OF LAUREN J. UDDEN

By: ______________________
Lauren J. Udden
Attorneys for Plaintiffs

DATED: May __, 2009

JESUS ALBERTO CACERES

By: ______________________
Jesus Alberto Caceres

DATED: May __, 2009

CYNTHIA STRAYER

By: ______________________
Cynthia Strayer

DATED: May __, 2009

MELIDA NOVOA

By: ______________________
Melida Novoa

DATED: May 27 2009

LAURIE COX

By: ______________________
Laurie Cox

[Signatures Continue]

DATED: May 27, 2009

ALLISON CARROLL

By: [signature]
Allison Carroll

DATED: May __, 2009

ELIAH LEFFERTS

By: ______________________
Eliah Lefferts

DATED: May __, 2009

TONY DUNN

By: ______________________
Tony Dunn

DATED: May __, 2009

ALLISON CARROLL

By: ______________________
Allison Carroll

DATED: May 27, 2009

ELIAH LEFFERTS

By: [signature]
Eliah Lefferts

DATED: May __, 2009

TONY DUNN

By: ______________________
Tony Dunn

DATED: May __, 2009

ALLISON CARROLL

By: ______________________
Allison Carroll

DATED: May __, 2009

ELIAH LEFFERTS

By: ______________________
Eliah Lefferts

DATED: May 27, 2009

TONY DUNN

By: [signature]
Tony Dunn

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

On June 1, 2009, I served the following document(s) described as:

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION**

on the persons below as follows:

Garry M. Tetalman
THE LAW OFFICES OF GARRY M. TETALMAN
15 W. Carrillo Street, Suite 218
Santa Barbara, California 93101
Telephone: (805) 879-7544
Facsimile: (805) 560-0506

Lauren J. Udden
THE LAW OFFICE OF LAUREN J. UDDEN
15 W. Carrillo Street, Suite 209
Santa Barbara, California 93101
Telephone: (805) 879-7544
Facsimile: (805) 560-0506

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 1, 2009, at Los Angeles, California.

Tisa Hunter
Type Name

Tisa Hunter
Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)